IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Smash Pictures,  )
        Plaintiff,  ) 2:12-cv-0302-GEB-GGH
    v.  ) ORDER CONCERNING FILING
  ) <u>NOTICE OF RELATED CASE</u>
DOES 1 through 590,  ) <u>DOCUMENTS OR A DOCUMENT IN</u>
  ) <u>WHICH NON-RELATEDNESS IS</u>
        Defendants.  ) <u>EXPLAINED</u>

        The Court has learned that this case could be related to an earlier filed case, number 12-cv-301-JAM-CKD. Local Rule 123(b) prescribes: "Counsel who has reason to believe that an action on file or about to be filed may be related to another action on file (whether or not dismissed or otherwise terminated) shall promptly file in each action and serve on all parties in each action a Notice of Related Cases." Therefore, on or before February 14, 2012, Plaintiff shall either file a notice of related case document in each potentially related case or file a document in this action in which Plaintiff explains why this case is not related to the earlier filed action.

Dated: February 6, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1