IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Smash Pictures,  )
                              )  2:12-cv-0302-GEB-GGH
       Plaintiff,  )
                              )
  v.  )  <u>ORDER DIRECTING CLERK'S</u>
                              )  <u>OFFICE TO FILE NOTICE OF</u>
DOES 1 through 590,  )  <u>RELATED CASE DOCUMENT</u>
                              )
       Defendants.  )
_____)

        In an order filed on February 7, 2012, Plaintiff was directed to file a notice of related case document in each potentially related case, as required by Local Rule 123(b). However, Plaintiff failed to file the document in the earlier filed case. Therefore, the Clerk's Office is directed to file the notice of related case document, docketed as ECF No. 5, in 2:12-cv-00301-JAM-CKD.

Dated:  February 16, 2012

                                                _____
                                                GARLAND E. BURRELL, JR.
                                                United States District Judge

1