Scott Hervey, State Bar No. 180188
Scott Plamondon, State Bar No. 212294
weintraub genshlea chediak
tobin & tobin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiff
Smash Pictures
A California Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMASH PICTURES, a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1 through 590, inclusive,<br><br>Defendants. | Case No.: 2:12-CV-00302-JAM-CKD<br><br>STATUS REPORT<br><br>Hearing Date: May 21 2012<br>Time: 9:00 a.m.<br>Courtroom: 10<br>Magistrate Judge: Hon. Carolyn K. Delaney |

TO U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure ("FRCP"), and the Order Setting Status (Pretrial Scheduling Conference), Plaintiff Smash Pictures ("Plaintiff") hereby submits this Status Report to the Court:[1]

---

[1] FRCP 26(f) contemplates a meeting between Plaintiff and Defendants resulting in a jointly-prepared status conference statement filed with the Court. Because the identities of Defendants are not known at this time, Plaintiff has been unable to work with any Defendant to prepare a joint statement, and is therefore unable to satisfy each of the specific requirements of the Rule. Plaintiff continues to work with the various Internet Service Providers to learn the identities of each Defendant and therefore provides the Court with this Status Update regarding its progress.

## Nature of the Case

This is a copyright infringement action. Plaintiff is the owner of the United States copyright in the motion picture titled Bridemaids XXX Porn Parody (the "Motion Picture"). By its Complaint, Plaintiff alleges that Defendants, and each of them, (Does 1-590) engaged in the distribution of the Motion Picture via one or more peer to peer ("P2P") networks through the use of the software which operates using the BitTorrent protocol.

At the time the Complaint was filed, Plaintiff did not know the names of the Doe Defendants, but has identified each Defendant by the IP address assigned by his or her Internet Service Provider ("ISP) on the date and at the time at which each Defendant's infringing activity was observed. The true names of Defendants were unknown to Smash Pictures at the time of filing the Complaint. Because Plaintiff is currently unaware of the true identity of the Doe Defendants, Plaintiff is unable to provide the Court with a joint status report at this time. Therefore, Plaintiff provides the Court with the following status update regarding its progress in learning the identity of each Defendant and effectuating service of the Complaint upon each of them.

### A.  Procedural History

On February 3, 2012 Plaintiff filed a Complaint for copyright infringement against multiple Doe Defendants. On February 24, 2012, Plaintiff filed a Motion for Expedited Discovery. On March 2, 2012, the Court granted Plaintiff's Motion for Expedited Discovery. In or about March 23, 2012 Plaintiff served subpoenas for information on various internet providers to obtain identifying information for each IP address.

### B.  Status of Service of Subpoenas on the Internet Service Providers

The following internet providers were served with subpoenas for information:

- Bright House Networks
- Cellco dba Verizon Wireless
- Charter Communications
- Cox Communications
- Road Runner/ Time Warner

- SBC Internet
- Verizon Internet Services
- Wave Broadband

Plaintiff has not received responses from the above-listed internet service providers as it generally takes 60-75 days to receive the information.

### C. Anticipated Motions with Suggested Dates

Plaintiff will amend the Complaint after receiving information from the internet service providers by individually naming each identified Defendant who resides within the jurisdiction of this Court. At that time Plaintiff will dismiss any un-named Doe Defendants and\or any named individuals who are determined to be outside of the Court's jurisdiction.

Dated: May 7, 2012

weintraub genshlea chediak
**tobin** & tobin
LAW CORPORATION

By:     /s/ Scott M. Hervey
       Scott M. Hervey, State Bar No. 180188
       Attorneys for Plaintiff