IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SMASH PICTURES,

      Plaintiff,                        No. 2:12-cv-302 JAM CKD PS

   vs.

DOES 1-265,

      Defendants.                   <u>ORDER</u>

        Plaintiff filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

        On June 14, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Objections to the findings and recommendations have been filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 14, 2012 are adopted in full; and

2. Does 2-265 are dismissed without prejudice.

DATED: July 9, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE